# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FISKER INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11390 (TMH)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Scott M. Ewing, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On July 2, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and Overnight Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Enter Into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief** [Docket No. 110]

- **Declaration of John C. DiDonato as Chief Restructuring Officer of the Debtors in Support of the Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Enter Into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief** [Docket No. 111]

*(Continued on Next Page)*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623.

- **Motion of Debtors to Shorten Notice of Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Enter Into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief** [Docket No. 112]

Dated: July 3, 2024

*/s/ Scott M. Ewing*
Scott M. Ewing
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 | Adobe | | VIP-Direct-Amer@adobe.com |
| Bankruptcy Servicer for Ford Motor Credit Company, LLC | AIS Portfolio Services, LLC | Attn: Ford Motor Credit Company, LLC Department | ECFNotices@aisinfo.com |
| State Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| State Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Top 30 | ALERE PROPERTY GROUP LLC dba 14422 ASTRONAUTICS APG LLC | | kirkbride@uniregroup.com |
| State Attorney General | Arizona Attorney General - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| State Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Top 30 | Automotive Marketing Consultants, I | | kkillip@amciglobal.com |
| Top 30 | Avnet Inc | | dennis.losik@avnet.com; mary.pletcher@avnet.com; Rayna.jones@avnet.com; michael.walker@avnet.com |
| Committee of Unsecured Creditors | Avnet, Inc. | Attn: Dennis Losik | dennis.losik@avnet.com |
| Counsel to Webasto Roof & Components SE | Barnes & Thornburg LLP | Kevin G. Collins | kevin.collins@btlaw.com |
| Counsel to Webasto Roof & Components SE | Barnes & Thornburg LLP | Paul J. Laurin | paul.laurin@btlaw.com |
| Counsel to JPMorgan Chase Bank, N.A. | Blank Rome LLP | Regina Stango Kelbon, Stanley B. Tarr, Lawrence R. Thomas III, Jordan L. Williams | regina.kelbon@blankrome.com; stanley.tarr@blankrome.com; lorenzo.thomas@blankrome.com; jordan.williams@blankrome.com |
| Top 30 | BROADRIDGE ICS BROADRIDGE INVESTOR COMMUNICATION | | invoices@broadridge.com |
| State Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| State Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Top 30 | Continental Development Corporation dba Continental Rosecran | | accountsreceivable@continentaldevelopment.com |
| Committee of Unsecured Creditors | Cristian Fleming | | cristian@cristianfleming.com |
| State Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 | Dell USA L.P. | | Jessica.Gray@dell.com |
| State Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Counsel to U.S. Bank National Association, as Indenture Trustee for the Fisker Inc. 2.50% Convertible Senior Notes due 2027 | Faegre Drinker Biddle & Reath LLP | Laura E. Appleby, Richard J. Bernard | laura.appleby@faegredrinker.com; richard.bernard@faegredrinker.com |
| Counsel to U.S. Bank National Association, as Indenture Trustee for the Fisker Inc. 2.50% Convertible Senior Notes due 2026 | Faegre Drinker Biddle & Reath LLP | Patrick A. Jackson, Brett D. Fallon | patrick.jackson@faegredrinker.com; brett.fallon@faegredrinker.com |
| Top 30 | FedEx | | vendor.email@fiskerinc.com |
| Top 30 | Ferrante Koberling Construction, In | | joropallo@ferrantekoberling.com |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| State Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Top 30 | Google LLC | | collections@google.com |
| State Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Top 30 | I.G. Bauerhin GmbH | | andrzej.dymek@bauerhin.com |
| State Attorney General | Idaho Attorney General | Attn Bankruptcy Department | bankruptcy@ag.idaho.gov |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| State Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| State Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Committee of Unsecured Creditors | Keyframe Capital Partners, L.P. | Attn: Ethan Goldsmith | eg@keyframecapital.com; |
| Co-Counsel for CVI Investments, Inc. | Klehr Harrison Harvey Branzburg LLP | Richard M. Beck, Alyssa M. Radovanovich | rbeck@klehr.com; aradovanovich@klehr.com |
| Attorneys for ManpowerGroup US Inc. | Kohner, Mann & Kailas, S.C. | Samuel C. Wisotzkey | swisotzkey@kmksc.com |
| State Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Committee of Unsecured Creditors | Magna International, Inc | Attn: David Forster | david.forster@magna.com |
| Top 30 | Magna Steyr Fahrzeugtechnik GmbH & | | rene.hirczi@magna.com |
| State Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| Top 30 | ManpowerGroup US Inc | | Andrew.pulaski@manpower.com |
| Top 30 | Marsh USA, Inc. | | fiduciaryservicerequest.us@marsh.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| State Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| State Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Top 30 | Microsoft Corporation | c/o Bank of America | mscredit@microsoft.com |
| State Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| State Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| State Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Committee of Unsecured Creditors | Mouri Tech LLC | Attn: Anil Yerramreddy | anily@mouritech.com |
| Top 30 | MOURI Tech LLC | | sivad@mouritech.com |
| Top 30 | NBCUNIVERSAL LLC | | gavin.lau@nbcuni.com |
| State Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| State Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| State Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| State Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| State Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| Top 30 | NYSE Listings | | naveengoud.gevat@ice.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda Richenderfer & Malcolm M Bates | Linda.Richenderfer@usdoj.gov; malcolm.m.bates@usdoj.gov |
| State Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| State Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| State Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Top 30 | Prelude Systems Inc | | pradeep_p@preludesys.com |
| State Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Counsel to Magna International | Richards, Layton & Finger, P.A. | Mark D. Collins, Zachary I. Shapiro, Matthew P. Milana | collins@rlf.com; shapiro@rlf.com; milana@rlf.com |
| Top 30 | Salesforce.com, Inc | Kevin Ramirez | kramirez@salesforce.com |
| Top 30 | SAP America Inc. | | Financear@sap.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| State Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| State Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Top 30 | Stratus-X LLC, DBA XD Innovation Am | | mcarrabino@xdinnovation.com |
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Top 30 | TESSOLVE DTS INC | | sales@tessolve.com |
| Top 30 | Tessolve Semiconductor Private Limi | | ponni.carlin@tessolve.com |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Attorneys fo the Texas Comptroller of Public Accounts and Texas Workforce Commission | Texas Attorney General's Office | Christopher S. Murphy, AAG, c/o Sherri K. Simpson, Paralegal | christopher.murphy@oag.texas.gov; sherri.simpson@oag.texas.gov |
| Counsel to Prelude Systems, Inc. | The Hinds Law Group, APC | James Andrew Hinds , Jr., Esq. | jhinds@hindslawgroup.com |
| Committee of Unsecured Creditors | T-Mobile US, Inc. | Attn: Jonathan Putman | jonathan.putman1@t-mobile.com |
| Top 30 | T-Mobile USA, Inc. | | Paul.Tisch@t-mobile.com |
| Top 30 | TomTom North America, Inc. | | RoyaltyDept@tomtom.com |
| Committee of Unsecured Creditors | U.S. Bank Trust National Association | Attn: Diana Jacobs | diana.jacobs@usbank.com |
| Top 30 | Urgent.ly Inc. | | thuffmyer@geturgently.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 | US Bank | | lacherie.williams@usbank.com |
| State Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Top 30 | Vector North America Inc. | | sales@us.vector.com |
| State Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| State Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Counsel to Magna International | Weil, Gotshal & Manges LLP | Ray C. Schrock, Garrett A. Fail, David J. Cohen, F. Gavin Andrews | ray.schrock@weil.com; garrett.fail@weil.com; davidj.cohen@weil.com; f.gavin.andrews@weil.com |
| State Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Top 30 | Westfalia Automotive GmbH | | mstrych@horizonglobal.com |
| Co-Counsel for CVI Investments, Inc. | White & Case LLP | Nicolas Abbattista | nick.abbattista@whitecase.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Co-Counsel for CVI Investments, Inc. | White & Case LLP | Scott Greissman, Elizabeth Feld, Dr. Viktor Braun, Ryan Beil | sgreissman@whitecase.com; efeld@whitecase.com; viktor.braun@whitecase.com; ryan.beil@whitecase.com |
| State Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| State Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

# Exhibit B

**Exhibit B**
**Buyer Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Riemer & Braunstein LLP | Attn: Donald E. Rothman | DRothman@riemerlaw.com |
| Riemer & Braunstein LLP | Attn: Lon M Singer | LSinger@riemerlaw.com |

# Exhibit C

Exhibit C
Core/2002 Service List
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 | Adobe | | 345 Park Ave | | | San Jose | CA | 95510 | |
| Bankruptcy Servicer for Ford Motor Credit Company, LLC | AIS Portfolio Services, LLC | Attn: Ford Motor Credit Company, LLC Department | Account: XXXX8962 | 4515 N Santa Fe Ave. Dept. APS | | Oklahoma City | OK | 73118 | |
| State Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | |
| State Attorney General | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 | |
| Top 30 | ALERE PROPERTY GROUP LLC dba 14422 ASTRONAUTICS APG LLC | | 100 Bayview Circle Ste #310 | | | Newport Beach | CA | 92660 | |
| State Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | |
| State Attorney General | Arizona Attorney General - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | |
| State Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 | |
| Top 30 | Automotive Marketing Consultants, I | | 1515 West 190th Street, Suite 440 | | | Gardena | CA | 90248 | |
| Top 30 | Avnet Inc | | 2211 S. 47th Street | | | Phoenix | AZ | 85034 | |
| Committee of Unsecured Creditors | Avnet, Inc. | Attn: Dennis Losik | 2000 W Center Dr., Ste. B401 | | | Hoffman Estates | IL | 60192 | |
| Top 30 | BROADRIDGE ICS BROADRIDGE INVESTOR COMMUNICATION | | P.O. BOX 416423 | | | Boston | MA | 02241-6423 | |
| State Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| State Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | |
| State Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 | |
| Top 30 | Continental Development Corporation dba Continental Rosecran | | 2041 Rosecrans Avenue, Suite 200 | | | El Segundo | CA | 90245 | |
| Committee of Unsecured Creditors | Cristian Fleming | | 79 Underhill Avenue, Apt. 4L | | | Brooklyn | NY | 11238 | |
| State Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 30 | Dell USA L.P. | | One Dell Way | | | Round Rock | TX | 78682 | |
| State Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 | |
| Counsel to U.S. Bank National Association, as Indenture Trustee for the Fisker Inc. 2.50% Convertible Senior Notes due 2027 | Faegre Drinker Biddle & Reath LLP | Laura E. Appleby, Richard J. Bernard | 1177 Avenue of the Americas, 41st Floor | | | New York | NY | 10036 | |
| Top 30 | FedEx | | P.O. Box 7221 | | | Pasadena | CA | 91109-7321 | |
| Top 30 | Ferrante Koberling Construction, In | | 2360 Eastman Ave. #112 | | | Oxnard | CA | 93030 | |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| State Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Top 30 | Google LLC | | 1600 Amphitheatre Parkway | | | Mountain View | CA | 94043 | |
| State Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 | |
| Top 30 | I.G. Bauerhin GmbH | | Wiesenstr. 29 Hessen | | | Grundau | | 63584 | Germany |
| State Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 | |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| State Attorney General | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 | |
| State Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 | |
| State Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 | |
| Committee of Unsecured Creditors | Keyframe Capital Partners, L.P. | Attn: Ethan Goldsmith | 65 E. 55th Street, Floor 35 | | | New York | NY | 10022 | |

Exhibit C
Core/2002 Service List
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| State Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 | |
| Committee of Unsecured Creditors | Magna International, Inc | Attn: David Forster | 337 Magna Drive | | | Aurora | ON | L4G 7K1 | Canada |
| Top 30 | Magna Steyr Fahrzeugtechnik GmbH & | | Liebenauer Hauptstrasse 317 | | | Graz | | 8041 | Austria |
| State Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 | |
| Top 30 | ManpowerGroup US Inc | | 100 Manpower Pl | | | Milwaukee | WI | 53212 | |
| Top 30 | Marsh USA, Inc. | | P.O. Box 846112 | | | Dallas | TX | 75284 | |
| State Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | |
| State Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 | |
| State Attorney General | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Top 30 | Microsoft Corporation | c/o Bank of America | 1950 N. Stemmon | | | Dallas | TX | 75207 | |
| State Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | |
| State Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | |
| State Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 | |
| State Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 | |
| Top 30 | MOURI Tech LLC | | 1183 W John Carpenter Fwy | | | Irving | TX | 75039 | |
| Committee of Unsecured Creditors | Mouri Tech LLC | Attn: Anil Yerramreddy | 1183 W. John Carpenter Fwy | | | Irving | TX | 75039 | |
| National Highway Traffic Safety Administration | National Highway Traffic Safety Administration | | 1200 New Jersey Avenue, SE | | | Washington | DC | 20590 | |
| Top 30 | NBCUNIVERSAL LLC | | 30 ROCKEFELLER PLAZA | | | NEW YORK | NY | 10112 | |
| State Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 | |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | |
| State Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 | |
| State Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | |
| State Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| State Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| State Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505-0040 | |
| Top 30 | NYSE Listings | | 5660 NEW NORTHSIDE DRIVE, 3FLOOR, C | | | ATLANTA | GA | 30328 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda Richenderfer & Malcolm M Bates | 844 King St Ste 2207 | | | Wilmington | DE | 19801 | |
| State Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 | |
| State Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | |
| State Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Top 30 | Prelude Systems Inc | | 5 Corporate Park, Suite 140 | | | Irvine | CA | 92606 | |
| State Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 | |
| Top 30 | Salesforce.com, Inc | Kevin Ramirez | 415 Mission Street, 3rd Floor | | | San Francisco | CA | 94105 | |
| Top 30 | SAP America Inc. | | 3999 West Chester Pike | | | Newtown Square | PA | 19073 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| State Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 | |
| State Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 | |
| Top 30 | Stratus-X LLC, DBA XD Innovation Am | | 9800 Mount Pyramid Court, Suite 400 | | | Engelwood | CO | 80112 | |
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 | |
| Top 30 | TESSOLVE DTS INC | | 3910 N. First Street | | | San Jose | CA | 95134 | |
| Top 30 | Tessolve Semiconductor Private Limi | | Plot#31 (P2), Phase II, Electronic | (Karnataka) | | Bangalore 10 | | 560100 | India |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |

Exhibit C
Core/2002 Service List
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | T-Mobile US, Inc. | Attn: Jonathan Putman | 12920 SE 38th Street | | | Bellevue | WA | 98006 | |
| Top 30 | T-Mobile USA, Inc. | | 12920 SE 38th St | | | Bellevue | WA | 98006 | |
| Top 30 | TomTom North America, Inc. | | 11 Lafayette Street | | | Lebanon | NH | 03766 | |
| Committee of Unsecured Creditors | U.S. Bank Trust National Association | Attn: Diana Jacobs | Seattle Tower, 1420 5th Ave | | | Seattle | WA | 98101 | |
| Top 30 | Urgent.ly Inc. | | 8609 Westwood Center Drive, Suite 8 | Vienna | | Vatican City | VA | 22182 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Top 30 | US Bank | | 633 West 5th Street, 24th Floor | | | Los Angeles | CA | 90071 | |
| State Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | |
| Top 30 | Vector North America Inc. | | 39500 Orchard Hill Place Suite 400 | | | Novi | MI | 48375 | |
| State Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 | |
| State Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 | |
| State Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | |
| Counsel to Magna International | Weil, Gotshal & Manges LLP | Ray C. Schrock, Garrett A. Fail, David J. Cohen, F. Gavin Andrews | 767 Fifth Avenue | | | New York | NY | 10153 | |
| State Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 | |
| Top 30 | Westfalia Automotive GmbH | | Am Sandberg 45 | | | Rheda-Wiedenbruck | | 33378 | Germany |
| Co-Counsel for CVI Investments, Inc. | White & Case LLP | Nicolas Abbattista | Southeast Financial Center | 200 South Biscayne Blvd, Suite 4900 | | Miami | FL | 33131-2352 | |
| Co-Counsel for CVI Investments, Inc. | White & Case LLP | Scott Greissman, Elizabeth Feld, Dr. Viktor Braun, Ryan Beil | 1221 Avenue of the Americas | | | New York | NY | 10020-1095 | |
| State Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 | |
| State Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 | |

# Exhibit D

**Exhibit D**
**Buyer Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Riemer & Braunstein LLP | Attn: Donald E. Rothman | 100 Cambridge Street, 22nd Floor | | Boston | MA | 02114-2527 |
| Riemer & Braunstein LLP | Attn: Lon M Singer | Times Square Tower, Suite 2506 | Seven Times Square | New York | NY | 10036 |