**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>FISKER INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11390 (TMH)<br><br>(Jointly Administered) |

NOTICE OF **AMENDED**[2] AGENDA FOR HEARING SCHEDULED FOR
JULY 3, 2024, AT 1:00 P.M. (EASTERN TIME)

> This proceeding will be conducted remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances ) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 12:00 p.m. (Eastern time) using the eCourt Appearances tool available on the Court's website

## MATTER GOING FORWARD

1. Motion of Debtors to Shorten Notice of Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrance, and Interests, (II) Authorizing the Debtors to Enter into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief (D.I. 112, filed 7/2/24).

    Objection Deadline: None.

    Responses Received:

    a) Informal objection received from the Office of the United States Trustee.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623.

[2] Amended items appear in **bold**.

Related Documents:

a) Declaration of John C. DiDonato as Chief Restructuring Officer of the Debtors in Support of Debtors' Chapter 11 Proceedings and First Day Pleadings (D.I. 37, filed 6/21/24).

b) Motion of the Debtors for Entry of Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, (V) Granting Related Relief (D.I. 38, filed 6/21/24).

c) Second Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, and (V) Granting Related Relief (D.I. 98, filed 6/28/24).

d) Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrance, and Interests, (II) Authorizing the Debtors to Enter into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief (D.I. 110, filed 7/2/24).

e) Declaration of John C. DiDonato as Chief Restructuring Officer of the Debtors in Support of the Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrance, and Interests, (II) Authorizing the Debtors to Enter into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief (D.I. 111, filed 7/2/24).

**f)     Certificate of Service (D.I. 117, filed 7/3/24).**

Status: This matter is going forward.

*(Remainder of page intentionally left blank)*

Dated: July 3, 2024
      Wilmington, Delaware

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Evanthea Hammer*
          Robert J. Dehney, Sr. (No. 3578)
          Andrew R. Remming (No. 5120)
          Brenna A. Dolphin (No. 5604)
          Sophie Rogers Churchill (No. 6905)
          Evanthea Hammer (No. 7061)
          1201 N. Market Street, 16th Floor
          Wilmington, Delaware 19801
          Tel.: (302) 658-9200
          rdehney@morrisnichols.com
          aremming@morrisnichols.com
          bdolphin@morrisnichols.com
          srchurchill@morrisnichols.com
          ehammer@morrisnichols.com

          *-and-*

          DAVIS POLK & WARDWELL LLP

          Brian M. Resnick (admitted *pro hac vice*)
          Darren S. Klein (admitted *pro hac vice*)
          Steven Z. Szanzer (admitted *pro hac vice*)
          Richard J. Steinberg (admitted *pro hac vice*)
          450 Lexington Avenue
          New York, New York 10017
          Tel.: (212) 450-4000
          brian.resnick@davispolk.com
          darren.klein@davispolk.com
          steven.szanzer@davispolk.com
          richard.steinberg@davispolk.com

          *Proposed Counsel to the Debtors and Debtors in Possession*