### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FISKER INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11390 (TMH)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Scott M. Ewing, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On July 3, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- **Notice of Agenda for Hearing Scheduled for July 3, 2024, at 1:00 p.m. (Eastern Time)** [Docket No. 113]

- **Notice of Amended Agenda for Hearing Scheduled for July 3, 2024, at 1:00 p.m. (Eastern Time)** [Docket No. 118]

Dated: July 3, 2024

/s/ *Scott M. Ewing*
Scott M. Ewing
Verita
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623.

# Exhibit A

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 | Adobe | | VIP-Direct-Amer@adobe.com |
| Bankruptcy Servicer for Ford Motor Credit Company, LLC | AIS Portfolio Services, LLC | Attn: Ford Motor Credit Company, LLC Department | ECFNotices@aisinfo.com |
| State Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| State Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Top 30 | ALERE PROPERTY GROUP LLC dba 14422 ASTRONAUTICS APG LLC | | kirkbride@uniregroup.com |
| State Attorney General | Arizona Attorney General - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| State Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Top 30 | Automotive Marketing Consultants, I | | kkillip@amciglobal.com |
| Top 30 | Avnet Inc | | dennis.losik@avnet.com; mary.pletcher@avnet.com; Rayna.jones@avnet.com; michael.walker@avnet.com |
| Committee of Unsecured Creditors | Avnet, Inc. | Attn: Dennis Losik | dennis.losik@avnet.com |
| Counsel to Webasto Roof & Components SE | Barnes & Thornburg LLP | Kevin G. Collins | kevin.collins@btlaw.com |
| Counsel to Webasto Roof & Components SE | Barnes & Thornburg LLP | Paul J. Laurin | paul.laurin@btlaw.com |
| Counsel to JPMorgan Chase Bank, N.A. | Blank Rome LLP | Regina Stango Kelbon, Stanley B. Tarr, Lawrence R. Thomas III, Jordan L. Williams | regina.kelbon@blankrome.com; stanley.tarr@blankrome.com; lorenzo.thomas@blankrome.com; jordan.williams@blankrome.com |
| Top 30 | BROADRIDGE ICS BROADRIDGE INVESTOR COMMUNICATION | | invoices@broadridge.com |
| State Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| State Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Top 30 | Continental Development Corporation dba Continental Rosecran | | accountsreceivable@continentaldevelopment.com |
| Committee of Unsecured Creditors | Cristian Fleming | | cristian@cristianfleming.com |
| State Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 | Dell USA L.P. | | Jessica.Gray@dell.com |
| State Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Counsel to U.S. Bank National Association, as Indenture Trustee for the Fisker Inc. 2.50% Convertible Senior Notes due 2027 | Faegre Drinker Biddle & Reath LLP | Laura E. Appleby, Richard J. Bernard | laura.appleby@faegredrinker.com; richard.bernard@faegredrinker.com |
| Counsel to U.S. Bank National Association, as Indenture Trustee for the Fisker Inc. 2.50% Convertible Senior Notes due 2026 | Faegre Drinker Biddle & Reath LLP | Patrick A. Jackson, Brett D. Fallon | patrick.jackson@faegredrinker.com; brett.fallon@faegredrinker.com |
| Top 30 | FedEx | | vendor.email@fiskerinc.com |
| Top 30 | Ferrante Koberling Construction, In | | joropallo@ferrantekoberling.com |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| State Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Top 30 | Google LLC | | collections@google.com |
| State Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Top 30 | I.G. Bauerhin GmbH | | andrzej.dymek@bauerhin.com |
| State Attorney General | Idaho Attorney General | Attn Bankruptcy Department | bankruptcy@ag.idaho.gov |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| State Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| State Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Committee of Unsecured Creditors | Keyframe Capital Partners, L.P. | Attn: Ethan Goldsmith | eg@keyframecapital.com; |
| Co-Counsel for CVI Investments, Inc. | Klehr Harrison Harvey Branzburg LLP | Richard M. Beck, Alyssa M. Radovanovich | rbeck@klehr.com; aradovanovich@klehr.com |
| Attorneys for ManpowerGroup US Inc. | Kohner, Mann & Kailas, S.C. | Samuel C. Wisotzkey | swisotzkey@kmksc.com |
| State Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Committee of Unsecured Creditors | Magna International, Inc | Attn: David Forster | david.forster@magna.com |
| Top 30 | Magna Steyr Fahrzeugtechnik GmbH & | | rene.hirczi@magna.com |
| State Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| Top 30 | ManpowerGroup US Inc | | Andrew.pulaski@manpower.com |
| Top 30 | Marsh USA, Inc. | | fiduciaryservicerequest.us@marsh.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| State Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| State Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Top 30 | Microsoft Corporation | c/o Bank of America | mscredit@microsoft.com |
| State Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| State Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| State Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Committee of Unsecured Creditors | Mouri Tech LLC | Attn: Anil Yerramreddy | anily@mouritech.com |
| Top 30 | MOURI Tech LLC | | sivad@mouritech.com |
| Top 30 | NBCUNIVERSAL LLC | | gavin.lau@nbcuni.com |
| State Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| State Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| State Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| State Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| State Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| Top 30 | NYSE Listings | | naveengoud.gevat@ice.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda Richenderfer & Malcolm M Bates | Linda.Richenderfer@usdoj.gov; malcolm.m.bates@usdoj.gov |
| State Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| State Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| State Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Top 30 | Prelude Systems Inc | | pradeep_p@preludesys.com |
| State Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Counsel to Magna International | Richards, Layton & Finger, P.A. | Mark D. Collins, Zachary I. Shapiro, Matthew P. Milana | collins@rlf.com; shapiro@rlf.com; milana@rlf.com |
| Top 30 | Salesforce.com, Inc | Kevin Ramirez | kramirez@salesforce.com |
| Top 30 | SAP America Inc. | | Financear@sap.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| State Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| State Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Top 30 | Stratus-X LLC, DBA XD Innovation Am | | mcarrabino@xdinnovation.com |
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Top 30 | TESSOLVE DTS INC | | sales@tessolve.com |
| Top 30 | Tessolve Semiconductor Private Limi | | ponni.carlin@tessolve.com |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Attorneys fo the Texas Comptroller of Public Accounts and Texas Workforce Commission | Texas Attorney General's Office | Christopher S. Murphy, AAG, c/o Sherri K. Simpson, Paralegal | christopher.murphy@oag.texas.gov; sherri.simpson@oag.texas.gov |
| Counsel to Prelude Systems, Inc. | The Hinds Law Group, APC | James Andrew Hinds , Jr., Esq. | jhinds@hindslawgroup.com |
| Committee of Unsecured Creditors | T-Mobile US, Inc. | Attn: Jonathan Putman | jonathan.putman1@t-mobile.com |
| Top 30 | T-Mobile USA, Inc. | | Paul.Tisch@t-mobile.com |
| Top 30 | TomTom North America, Inc. | | RoyaltyDept@tomtom.com |
| Committee of Unsecured Creditors | U.S. Bank Trust National Association | Attn: Diana Jacobs | diana.jacobs@usbank.com |
| Top 30 | Urgent.ly Inc. | | thuffmyer@geturgently.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 | US Bank | | lacherie.williams@usbank.com |
| State Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Top 30 | Vector North America Inc. | | sales@us.vector.com |
| State Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| State Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Counsel to Magna International | Weil, Gotshal & Manges LLP | Ray C. Schrock, Garrett A. Fail, David J. Cohen, F. Gavin Andrews | ray.schrock@weil.com; garrett.fail@weil.com; davidj.cohen@weil.com; f.gavin.andrews@weil.com |
| State Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Top 30 | Westfalia Automotive GmbH | | mstrych@horizonglobal.com |
| Co-Counsel for CVI Investments, Inc. | White & Case LLP | Nicolas Abbattista | nick.abbattista@whitecase.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Co-Counsel for CVI Investments, Inc. | White & Case LLP | Scott Greissman, Elizabeth Feld, Dr. Viktor Braun, Ryan Beil | sgreissman@whitecase.com; efeld@whitecase.com; viktor.braun@whitecase.com; ryan.beil@whitecase.com |
| State Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| State Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

# Exhibit B

**Exhibit B**
**Buyer Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Riemer & Braunstein LLP | Attn: Donald E. Rothman | DRothman@riemerlaw.com |
| Riemer & Braunstein LLP | Attn: Lon M Singer | LSinger@riemerlaw.com |