## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FISKER INC., *et al.*, | Case No. 24-11390 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Scott M. Ewing, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On July 5, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and Overnight Mail upon the service list attached hereto as **Exhibit B**:

- **Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Enter Into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief** [Docket No. 110]

- **Declaration of John C. DiDonato as Chief Restructuring Officer of the Debtors in Support of the Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Enter Into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief** [Docket No. 111]

*(Continued on Next Page)*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623.

- **Motion of Debtors to Shorten Notice of Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Enter Into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief** [Docket No. 112]

Dated: July 7, 2024

/s/ Scott M. Ewing
Scott M. Ewing
Verita
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Cole Schotz P.C. | Justin R. Alberto, Patrick J. Reilley, Michael E. Fitzpatrick | jalberto@coleschotz.com; preilley@coleschotz.com; mfitzpatrick@coleschotz.com |
| Counsel to the Official Committee of Unsecured Creditors | Morrison & Foerster LLP | Lorenzo Marinuzzi, Doug Mannal, Benjamin Butterfield, Miranda K. Russell, Darren Smolarski, Donghao (Helen) Yan | lmarinuzzi@mofo.com; dmannal@mofo.com; bbutterfield@mofo.com; mrussell@mofo.com; dsmolarski@mofo.com; hyan@mofo.com |

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Morrison & Foerster LLP | Lorenzo Marinuzzi, Doug Mannal, Benjamin Butterfield, Miranda K. Russell, Darren Smolarski, Donghao (Helen) Yan | 250 West 55th Street | New York | NY | 10019 |

In re Fisker Inc., et al.,
Case No. 24-11390 (TMH)