IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FISKER INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11390 (TMH)<br><br>(Jointly Administered) |

### NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR JULY 9, 2024, AT 10:00 A.M. (EASTERN TIME)

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

### MATTER GOING FORWARD

1.  Motion of the Debtors for Entry of Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Waiving Any Stay of the Effectiveness of the Relief Granted, (V) Granting Related Relief (D.I. 38, filed 6/21/24).

    Objection Deadline: July 8, 2024, at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Related Documents:

    a)　　Notice of Filing of Cash Collateral Budget (D.I. 49, filed 6/21/24).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623.

[2] Amended items appear in **bold**.

    b)    Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, and (V) Granting Related Relief (D.I. 59, entered 6/24/24).

    c)    Second Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, and (V) Granting Related Relief (D.I. 98, entered 6/28/24).

    d)    Notice of Hearing on Motion of the Debtors for Entry of Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Waiving Any Stay of the Effectiveness of the Relief Granted, (V) Granting Related Relief (D.I. 100, filed 6/28/24).

    e)    Certification of Counsel Regarding Third Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, and (V) Granting Related Relief (to be filed).

    **f)**    **Notice of Filing of Proposed Third Interim Cash Collateral Order (D.I. 141, filed 7/5/24).**

    **g)**    **Notice of Filing of Cash Collateral Budget (D.I. 142, filed 7/6/24).**

Status: This matter is going forward.

## STATUS CONFERENCE

2.    Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrance, and Interests, (II) Authorizing the Debtors to Enter into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief (D.I. 110, filed 7/2/24).

Objection Deadline: July 11, 2024, at 12:00 noon (ET)

Responses Received: None at this time.

Related Documents:

    a)    Declaration of John C. DiDonato as Chief Restructuring Officer of the Debtors in Support of Debtors' Chapter 11 Proceedings and First Day Pleadings (D.I. 37, filed 6/21/24).

b)  Motion of the Debtors for Entry of Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, (V) Granting Related Relief (D.I. 38, filed 6/21/24).

c)  Second Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, and (V) Granting Related Relief (D.I. 98, filed 6/28/24).

d)  Declaration of John C. DiDonato as Chief Restructuring Officer of the Debtors in Support of the Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrance, and Interests, (II) Authorizing the Debtors to Enter into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief (D.I. 111, filed 7/2/24).

e)  Certificate of Service (D.I. 117, filed 7/3/24).

f)  Order Shortening Notice of Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrance, and Interests, (II) Authorizing the Debtors to Enter into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief (D.I. 126, entered 7/4/24).

<u>Status</u>: At the direction of the Court, this matter is going forward as a status conference.

*(Remainder of page intentionally left blank)*

Dated: July 8, 2024
      Wilmington, Delaware

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Brenna A. Dolphin*
    Robert J. Dehney, Sr. (No. 3578)
    Andrew R. Remming (No. 5120)
    Brenna A. Dolphin (No. 5604)
    Sophie Rogers Churchill (No. 6905)
    Evanthea Hammer (No. 7061)
    1201 N. Market Street, 16th Floor
    Wilmington, Delaware 19801
    Tel.: (302) 658-9200
    rdehney@morrisnichols.com
    aremming@morrisnichols.com
    bdolphin@morrisnichols.com
    srchurchill@morrisnichols.com
    ehammer@morrisnichols.com

    *-and-*

    DAVIS POLK & WARDWELL LLP

    Brian M. Resnick (admitted *pro hac vice*)
    Darren S. Klein (admitted *pro hac vice*)
    Steven Z. Szanzer (admitted *pro hac vice*)
    Richard J. Steinberg (admitted *pro hac vice*)
    450 Lexington Avenue
    New York, New York 10017
    Tel.: (212) 450-4000
    brian.resnick@davispolk.com
    darren.klein@davispolk.com
    steven.szanzer@davispolk.com
    richard.steinberg@davispolk.com

    *Proposed Counsel to the Debtors and Debtors in Possession*