# **Exhibit A**

**Fisker Inc., et al**

**Third Interim Cash Collateral Budget (USD 000s)**

|  | Cash Collateral Budget | | | Post-Petition Total |
|---|---|---|---|---|
| Week | Week 1 | Week 2 | Week 3 | |
| Week Ending | 05-Jul-24 | 12-Jul-24 | 16-Jul-24 | Jun 29 - Jul 16 |
| **Projected Cash Receipts:** | | | | |
| Receipts from Customers | $ - | $ - | $ - | $ - |
| Other Receipts | - | - | - | - |
| **Total Receipts** | $ - | $ - | $ - | $ - |
| **Projected Cash Disbursements:** | | | | |
| Employee Payroll & Benefits | $ (381) | $ (220) | $ (964) | $ (1,565) |
| Intercompany Distribution to Fisker GmBH | - | - | - | - |
| Taxes / Regulatory | (24) | (140) | (66) | (231) |
| IT / Software | - | - | - | - |
| Engineering | - | (34) | (38) | (72) |
| Critical Vendor Payments | - | - | - | - |
| After Sales Service | - | - | - | - |
| Professional Services | - | - | - | - |
| Board Fees | - | - | - | - |
| Rent | - | (315) | - | (315) |
| Insurance | - | - | - | - |
| Freight & Other | - | - | - | - |
| Vehicle Buybacks | - | - | - | - |
| Other | - | - | - | - |
| **Total Operating Disbursements** | $ (406) | $ (709) | $ (1,067) | $ (2,182) |
| **Net Operating Cash Flow / (Deficit)** | $ (406) | $ (709) | $ (1,067) | $ (2,182) |
| **Non Operating:** | | | | |
| Restructuring Professionals[1] | $ - | $ (12) | $ - | $ (12) |
| Utility Deposits | (63) | - | - | (63) |
| Non-Insider KERP | - | - | - | - |
| **Total Non Operating** | $ (63) | $ (12) | $ - | $ (75) |
| **Net Cash Flow / (Deficit)** | ($469) | ($721) | ($1,067) | ($2,257) |
| Beginning Restricted Cash Balance | 10,022 | 9,553 | 8,832 | 10,022 |
| Cash Collateralized LCs | (6,087) | (6,087) | (6,087) | (6,087) |
| Deposits Relating to Imperfected Liens | (1,006) | (1,006) | (1,006) | (1,006) |
| **Beginning Unrestricted Cash Balance** | 2,929 | 2,461 | 1,740 | 2,929 |
| Net Cash Flow / (Deficit) | (469) | (721) | (1,067) | (2,257) |
| **Ending Unrestricted Cash Balance** | $ 2,461 | $ 1,740 | $ 672 | $ 672 |

[1] Professional fees will not be paid during the interim period, but will be included in the carve out and paid later in the case (including in connection with any chapter 7 conversion).

Copyright © 2024 Fisker Inc. All rights reserved

# Payroll Support



| Employee Payroll & Benefits | 16-Jul-24 |
|---|---|
| Salaried Payroll | (763) |
| Hourly Payroll | (130) |
| Last Payroll from RIF | (71) |
| **Total Employee Payroll & Benefits** | **(964)** |

| Employee Payroll & Benefits Deferred to July 19 | |
|---|---|
| Empower (Employee 401k) | (52) |
| WEX Health | (4) |
| HSA | (7) |
| Other Contractors | (6) |
| Employee Expenses | (124) |
| **Total Employee Payroll & Benefits** | **(193)** |

| Pay Period | | Salary | | Hourly | |
|---|---|---|---|---|---|
| | | Funding Date | Paydate | Funding Date | Paydate |
| 15-Jun | 28-Jun | **28-Jun** | 3-Jul | **3-Jul** | 5-Jul |
| 29-Jun | 12-Jul | **15-Jul** | 17-Jul | **17-Jul** | 19-Jul |
| 13-Jul | 26-Jul | **29-Jul** | 31-Jul | **31-Jul** | 2-Aug |
| 27-Jul | 9-Aug | **12-Aug** | 14-Aug | **14-Aug** | 16-Aug |
| 10-Aug | 23-Aug | **26-Aug** | 28-Aug | **28-Aug** | 30-Aug |
| 24-Aug | 6-Sep | **9-Sep** | 11-Sep | **11-Sep** | 13-Sep |
| 7-Sep | 20-Sep | **23-Sep** | 25-Sep | **25-Sep** | 27-Sep |
| 21-Sep | 4-Oct | **7-Oct** | 9-Oct | **9-Oct** | 11-Oct |
| 5-Oct | 18-Oct | **21-Oct** | 23-Oct | **23-Oct** | 25-Oct |
| 19-Oct | 1-Nov | **4-Nov** | 6-Nov | **6-Nov** | 8-Nov |
| 2-Nov | 15-Nov | **18-Nov** | 20-Nov | **20-Nov** | 22-Nov |
| 16-Nov | 29-Nov | **2-Dec** | 4-Dec | **4-Dec** | 6-Dec |
| 30-Nov | 13-Dec | **16-Dec** | 18-Dec | **18-Dec** | 20-Dec |
| 14-Dec | 27-Dec | **31-Dec** | 1/2/2025* | **31-Dec** | 3-Jan |
| *Holiday- early funding needed* | | | | | |

Copyright © 2024 Fisker Inc. All rights reserved

# Payroll Support

**FISKER**

| (USD 000s) | Week 1 Forecast 05-Jul-24 | Week 2 Forecast 12-Jul-24 | Week 3 Forecast 19-Jul-24 | Total Forecast June 29 - July 19 |
|---|---:|---:|---:|---:|
| **Employee Benefits** | | | | |
| Empower (Employee 401k) | $ (131) | $ (19) | $ (52) | $ (202) |
| WEX Health | (4) | (4) | (4) | (12) |
| Cigna | - | - | - | - |
| Guardian | (44) | (36) | - | (80) |
| Kaiser Permanente | - | - | - | - |
| HSA | - | - | (7) | (7) |
| **Total Employee Benefits** | **$ (179)** | **$ (58)** | **$ (63)** | **$ (300)** |
| Salaried Payroll | - | - | (763) | (763) |
| Hourly Payroll | (120) | | (130) | (250) |
| Last Payroll from RIF | - | | (71) | (71) |
| Severance | - | | - | - |
| Vehicles Sales Bonus | | | - | - |
| Other Contractors | (31) | (6) | (6) | (44) |
| Patent Award | | | | - |
| **Fleet Readiness** | | | | - |
| Phase 1 Travel | (28) | (129) | (53) | (210) |
| Phase 2 Travel | | | (46) | (46) |
| Phase 3 Travel | | | | - |
| Phase 4 Travel | | (26) | (26) | (53) |
| Employee Expenses | (23) | | | (23) |
| **Total Payroll & Benefits** | **$ (381)** | **$ (220)** | **$ (1,157)** | **$ (1,758)** |

Copyright © 2024 Fisker Inc. All rights reserved