Fisker
24-11390

| First Name | Last Name | Firm | Rep | Via | | |
|---|---|---|---|---|---|---|
| Vaibhav | Chauhan | Huron Consulting Group | | 9.19999E+11 | Fisker Inc. | Video and Audio |
| Amir | Gamliel | Perkins Coie LLP | Adobe, Inc. | Audio Only | | |
| Justin | Alberto | Cole Schotz P.C. | Committee | Video and Audio | | |
| Michael | Fitzpatrick | Cole Schotz P.C. | Committee | Video and Audio | | |
| Melissa | Hartlipp | Cole Schotz P.C. | Committee | Audio Only | | |
| Stacy | Newman | Cole Schotz P.C. | Committee | Video and Audio | | |
| Robert | Winning | M3 Partners | Committee | Video and Audio | | |
| Ryan | Beil | White & Case LLP | CVI Investments Inc. | Video and Audio | | |
| Richard | Beck | Klehr Harrison Harvey Branzburg LLP | CVI Investments, Inc. | Video and Audio | | |
| Elizabeth | Feld | White & Case LLP | CVI Investments, Inc. | Video and Audio | | |
| Scott | Greissman | WHITE & CASE LLP | CVI Investments, Inc. | Video and Audio | | |
| Kim | Havlin | WHITE & CASE LLP | CVI Investments, Inc. | Video and Audio | | |
| Alyssa | Radovanovich | Klehr Harrison Harvey Branzburg LLP | CVI Investments, Inc. | Video and Audio | | |
| James | Alt | Huron Consulting Group | Debtors | Video and Audio | | |
| Daniel | Butz | Morris, Nichols, Arsht & Tunnell LLP | Debtors | Video and Audio | | |
| Nicholas | D&#039;Angelo | Davis Polk | Debtors | Video and Audio | | |
| Robert | Dehney | Morris, Nichols, Arsht & Tunnell | Debtors | Video and Audio | | |
| John | DiDonato | Huron Consulting Group | Debtors | Video and Audio | | |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | Debtors | Video and Audio | | |
| Evanthea | Hammer | Morris Nichols Arsht and Tunnell | Debtors | Video and Audio | | |
| Darren | Klein | Davis Polk | Debtors | Video and Audio | | |
| Amber | Leary | Davis Polk | Debtors | Video and Audio | | |
| James | McClammy | Davis Polk | Debtors | Video and Audio | | |
| Jordan | Mueller | Huron Consulting Group | Debtors | Video and Audio | | |
| Joshua | Palacios | Huron Consulting Group | Debtors | Video and Audio | | |
| Echo | Qian | Morris, Nichols, Arsht & Tunnell LLP | Debtors | Video and Audio | | |
| Andrew | Remming | Morris, Nichols, Arsht & Tunnell LLP | Debtors | Video and Audio | | |
| Brian | Resnick | Davis Polk | Debtors | Video and Audio | | |
| Christopher | Robertson | Davis Polk | Debtors | Video and Audio | | |
| Sophie | Rogers Churchill | Morris, Nichols, Arsht & Tunnell LLP | Debtors | Video and Audio | | |
| Scott | Safron | Huron Consulting Group | Debtors | Video and Audio | | |
| Steven | Sanzer | Davis Polk | Debtors | Video and Audio | | |
| Richard | Steinberg | Davis Polk | Debtors | Video and Audio | | |

Fisker
24-11390

| First | Last | Firm | Party | Mode |
|---|---|---|---|---|
| Kevin | Winiarski | Davis Polk | Debtors | Video and Audio |
| Amanda | Lindner | Cooley LLP | Fisker Owners Association | Video and Audio |
| Summer | McKee | Cooley LLP | Fisker Owners Association | Video and Audio |
| Daniel | Shamah | Cooley LLP | Fisker Owners Association | Video and Audio |
| Michael | Small | Foley & Lardner LLP | Interested party | Audio Only |
| Regina | Kelbon | Blank Rome LLP | JPMorgan Chase Bank, N.A. | Video and Audio |
| Stanley | Tarr | Blank Rome LLP | JPMorgan Chase Bank, N.A. | Video and Audio |
| Lawrence | Thomas | Blank Rome LLP | JPMorgan Chase Bank, N.A. | Video and Audio |
| Gregory | Vizza | Blank Rome LLP | JPMorgan Chase Bank, N.A. | Video and Audio |
| Laura | Appleby | Faegre Drinker Biddle & Reath LLP | U.S. Bank National Association, as Inde | Video and Audio |
| Richard | Bernard | Faegre Drinker Biddle & Reath LLP | U.S. Bank, National Association, as Inde | Video and Audio |
| Helen | Yan | MoFo | UCC | Video and Audio |
| Cortney | Robinson | U.S. Department of Justice | United States | Video and Audio |
| Hannah | Anderson | United States Trustee Intern | United States Trustee | Video and Audio |
| Benjamin | Butterfield | Morrison & Foerster | Unsecured Creditors&#039; Committee | Video and Audio |
| Raff | Ferraioli | Morrison & Foerster | Unsecured Creditors&#039; Committee | Video and Audio |
| Theresa | Foudy | Morrison & Foerster | Unsecured Creditors&#039; Committee | Video and Audio |
| Oksana | Lashko | Morrison & Foerster | Unsecured Creditors&#039; Committee | Video and Audio |
| J. | Lawrence | Morrison & Foerster | Unsecured Creditors&#039; Committee | Video and Audio |
| Doug | Mannal | Morrison & Foerster | Unsecured Creditors&#039; Committee | Video and Audio |
| Lorenzo | Marinuzzi | Morrison & Foerster | Unsecured Creditors&#039; Committee | Video and Audio |
| Miranda | Russell | Morrison & Foerster | Unsecured Creditors&#039; Committee | Video and Audio |
| Darren | Smolarski | Morrison & Foerster | Unsecured Creditors&#039; Committee | Video and Audio |
| Linda | Richenderfer | Office of the US Trustee | UST | Video and Audio |
| Kevin | Collins | Barnes & Thornburg LLP | Webasto Roof & Components SE | Video and Audio |
| Gavin | Andrews | Weil, Gotshal & Manges | | Video and Audio |
| Rick | Archer | Law360 | | Audio Only |
| Kevin | Askew | | | Audio Only |
| Serkan | Balyimez | | | Audio Only |
| David | Cohen | Weil, Gotshal & Manges | | Video and Audio |
| Kartik | Dar | | | Audio Only |
| Garrett | Fail | Weil, Gotshal & Manges | | Video and Audio |
| William | Hawkins | | | Video and Audio |
| Ana Lucia | Hurtado | Reorg | | Audio Only |

Fisker
24-11390

| Emil | Khatchatourian | ekhatchatourian&#064;foley.com | Video and Audio |
| --- | --- | --- | --- |
| Dietrich | Knauth | | Audio Only |
| Doug | Mannal | Morrison & Foerster | Video and Audio |
| Matthew | Milana | Richards, Layton & Finger | Video and Audio |
| Theresa | Mistretta | Potter | Video and Audio |
| Hope | Morse | | Audio Only |
| Sean | OKane | | Audio Only |
| Andrew | Penn | | Audio Only |
| Jeremy | Ryan | Potter Anderson & Corroon | Video and Audio |
| Valerie | Seve | JPMorgan Chase Bank, N.A. | Video and Audio |
| Zachary | Shapiro | Richards, Layton & Finger, P.A. | Video and Audio |
| Vince | Sullivan | Law360 | Audio Only |
| Donghao | yan | Morrison & Foerster | Video and Audio |