**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FISKER INC., *et al.*,[1] | Case No. 24-11390 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 38, 59, 98, 141, 142** |

**NOTICE OF FILING OF PROPOSED REVISED
THIRD INTERIM CASH COLLATERAL ORDER**

**PLEASE TAKE NOTICE** that on June 21, 2024, the debtors and debtors in possession (collectively, the "**Debtors**") in the above captioned cases filed the *Motion of the Debtors for Entry of Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, (V) Granting Related Relief* [Docket No. 38] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that on June 24, 2024, the Court entered the *Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, and (V) Granting Related Relief* [Docket No. 59] (the "**First Interim Cash Collateral Order**").

**PLEASE TAKE FURTHER NOTICE** that on June 28, 2024, the Court entered the *Second Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, and (V) Granting Related Relief* [Docket No. 98] (the "**Second Interim Cash Collateral Order**").

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623.

**PLEASE TAKE FURTHER NOTICE** that on July 5, 2024, the Debtors filed the *Notice of Filing of Proposed Third Interim Cash Collateral Order* [Docket No. 141], which included as Exhibit A, the *Third Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, and (V) Granting Related Relief* (the "**Proposed Third Interim Cash Collateral Order**").

**PLEASE TAKE FURTHER NOTICE** that on July 6, 2024 the Debtors filed the *Notice of Filing of Cash Collateral Budget* [Docket No. 142] (the "**Third Interim Budget**"), which is Exhibit 1 to the Proposed Third Interim Cash Collateral Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised *Third Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Further Hearing on the Motion, and (V) Granting Related Relief* (the "**Revised Proposed Third Interim Cash Collateral Order**"), which is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and all parties in interest, a redline comparing the Revised Proposed Third Interim Cash Collateral Order to the Proposed Third Interim Cash Collateral Order is attached hereto as Exhibit B.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: July 9, 2024<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Brenna A. Dolphin*<br>Robert J. Dehney, Sr. (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Brenna A. Dolphin (No. 5604)<br>Sophie Rogers Churchill (No. 6905)<br>Evanthea Hammer (No. 7061)<br>1201 N. Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Tel.: (302) 658-9200<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>bdolphin@morrisnichols.com<br>srchurchill@morrisnichols.com<br>ehammer@morrisnichols.com<br><br>*-and-*<br><br>DAVIS POLK & WARDWELL LLP<br><br>Brian M. Resnick (admitted *pro hac vice*)<br>Darren S. Klein (admitted *pro hac vice*)<br>Steven Z. Szanzer (admitted *pro hac vice*)<br>Richard J. Steinberg (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel.: (212) 450-4000<br>brian.resnick@davispolk.com<br>darren.klein@davispolk.com<br>steven.szanzer@davispolk.com<br>richard.steinberg@davispolk.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |