**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| FISKER INC., *et al.*, | Chapter 11 |
| | Case No. 24-11390 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Michael Galen of Dorsey & Whitney LLP to represent Red 1000 LLC in the above-captioned case.

Dated: July 9, 2024.

*/s/ Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)
**DORSEY & WHITNEY (DELAWARE) LLP**
300 Delaware Avenue
Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Email:  glorioso.alessandra@dorsey.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of New York and Arizona, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for the District Court Fund effective December 21, 2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623

Dated:  July 9, 2024

/s/ Michael Galen
Michael Galen (*pro hac* admission pending)
Dorsey & Whitney LLP
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
(602) 735-2700
Email:  galen.michael@dorsey.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that Michael Galen's motion for admission *pro hac vice* is granted.

**Dated: July 9th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**