**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FISKER INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11390 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>July 16, 2024, at 11:00 a.m. (ET)<br><br>**Objection Deadline:**<br>July 11, 2024, at 5:00 p.m. (ET) |

**AMENDED NOTICE OF MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (II) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE FLEET SALES AGREEMENT, AND (III) GRANTING RELATED RELIEF**

   **PLEASE TAKE NOTICE** that on July 2, 2024, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Enter Into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief* [D.I. 110] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

   **PLEASE TAKE FURTHER NOTICE** that on July 5, 2024, the Debtors filed the *Notice of Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Enter Into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief* [D.I. 128], which set a hearing date for July 11, 2024, at 3:00 p.m. (ET) and an objection deadline of July 11, 2024, at 12:00 (noon) (ET) (the "**Original Hearing Date and Objection Deadline**").

   **PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file this *Amended Notice of Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Enter Into and Perform Under the Fleet Sales Agreement, and (III) Granting Related Relief*, which amends the Original Hearing Date and Objection Deadline as follows.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Dr, La Palma, CA 90623.

**PLEASE TAKE FURTHER NOTICE** that, except for any responses or objections by the Official Committee of Unsecured Creditors[2], any responses or objections to approval of the relief requested in the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 11, 2024, at 5:00 p.m. (ET)** (the "**Objection Deadline**"); and (c) served so as to be received on or before the Objection Deadline by the undersigned proposed counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections by the Official Committee of Unsecured Creditors to approval of the relief requested in the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 14, 2024, at 11:59 p.m. (ET)** (the "**Committee Objection Deadline**"); and (c) served so as to be received on or before the Committee Objection Deadline by the undersigned proposed counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **JULY 16, 2024, AT 11:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6th FLOOR, COURTROOM #1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE PROCEDURES ABOVE WILL BE CONSIDERED BY THE COURT AT SUCH HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*(Remainder of page intentionally left blank)*

---

[2] On July 2, 2024, the Office of the United States Trustee for the District of Delaware appointed an Official Committee of Unsecured Creditors pursuant to section 1102 of the Bankruptcy Code. See *Not. of Appointment of Comm. of Unsecured Creditors* [D.I. 106].

| | |
|---|---|
| Dated: July 10, 2024<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Brenna A. Dolphin*<br>Robert J. Dehney, Sr. (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Brenna A. Dolphin (No. 5604)<br>Sophie Rogers Churchill (No. 6905)<br>Evanthea Hammer (No. 7061)<br>1201 N. Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Tel.: (302) 658-9200<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>bdolphin@morrisnichols.com<br>srchurchill@morrisnichols.com<br>ehammer@morrisnichols.com<br><br>-and-<br><br>DAVIS POLK & WARDWELL LLP<br><br>Brian M. Resnick (admitted *pro hac vice*)<br>Darren S. Klein (admitted *pro hac vice*)<br>Steven Z. Szanzer (admitted *pro hac vice*)<br>Richard J. Steinberg (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel.: (212) 450-4000<br>brian.resnick@davispolk.com<br>darren.klein@davispolk.com<br>steven.szanzer@davispolk.com<br>richard.steinberg@davispolk.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |