**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FISKER INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11390 (TMH)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 104** |

**ORDER EXTENDING TIME TO FILE (I) SCHEDULES OF ASSETS AND
LIABILITIES, (II) SCHEDULES OF CURRENT INCOME AND
EXPENDITURES, (III) SCHEDULES OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES, (IV) STATEMENTS OF FINANCIAL
AFFAIRS, AND (V) BANKRUPTCY RULE 2015.3 FINANCIAL REPORTS**

Upon the motion (the "**Motion**")[2] of Fisker Inc. and certain of its affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the Chapter 11 Cases, for entry of an order, pursuant to sections 105(a) and 521 of the Bankruptcy Code and Bankruptcy Rules 1007(c), 2015.3, and 9006(b) extending (a) the deadline by which the Debtors must file their Schedules and Statements by 45 days, for a total of 59 days from the Petition Date, through and including August 15, 2024, and (b) the deadline by which the Debtors must file their initial 2015.3 Reports through and including the later of (i) 14 days after the 341 Meeting or (ii) 45 days after the Petition Date (*i.e.,* August 1, 2024), in each case, without prejudice to the Debtors' ability to request additional extensions or modifications to or waivers of any Disclosure requirements, as

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157; and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of the Chapter 11 Cases and related proceedings being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed and considered the Motion; and the Court having held a hearing, if necessary, to consider the relief requested in the motion (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing, if any, establish just cause for the relief granted herein; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, their estates, and all other parties in interest; and all objections and reservations of rights filed or asserted in respect of the Motion, if any, having been withdrawn, resolved, or overruled; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

    1.    The Motion is granted as set forth in this order (this "**Order**").

    2.    The time by which the Debtors shall file the Schedules and Statements is extended by 45 days, for a total of 59 days from the Petition Date, through and including August 15, 2024.

3. The time by which the Debtors shall file the initial 2015.3 Reports is extended to the later of (a) 14 days after the 341 Meeting or (b) 45 days after the Petition Date (*i.e.*, August 1, 2024).

4. Nothing in this Order prejudices, waives, or otherwise impairs the Debtors' rights to request (a) additional extensions of the deadlines described hereby or (b) modifications to or waivers of any Disclosure requirements. All such rights are expressly reserved.

5. The Debtors may obtain further extensions of the deadlines described herein upon either (a) further order of the Court or (b) written consent from the U.S. Trustee and the Official Committee of Unsecured Creditors in the above-captioned Chapter 11 Cases (the "**Committee**") and the filing of a notice to such effect on the Court's docket.

6. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7. Any Bankruptcy Rule or Local Rule that might otherwise delay the effectiveness of this Order is hereby waived, and the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

8. The Debtors are authorized to take any action necessary or appropriate to implement and effectuate the terms of, and the relief granted in, this Order without seeking further order of the Court.

9. The Court shall retain jurisdiction over any matter arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: July 18th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**