

**ARBITRATION CERTIFICATION PROGRAM**
1625 North Market Blvd., Suite N-112, Sacramento, CA 95834
P (916) 574-7350   |   Toll-Free (800) 952-5210   |   www.dca.ca.gov/acp

July 23, 2024

Honorable Thomas M. Horan
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

**Re: Case: 1:24-bk-11390, Fisker Group, Inc.**

Dear Judge Horan:

The California Arbitration Certification Program (ACP) within the California Department of Consumer Affairs (DCA) certifies and monitors lemon law arbitration programs sponsored by new vehicle manufacturers. The Song Beverly Consumer Warranty Act, also known as the California Lemon Law, protects buyers and lessees of new motor vehicles from having to endure endless attempts to repair serious warranty defects by demanding that manufacturers repurchase or replace vehicles they are unable to fix.

It is important to note that the ACP is the only state entity authorized to certify and monitor third-party arbitration programs of participating automobile manufacturers to ensure compliance with California laws and regulations governing the resolution of warranty disputes involving new/used vehicles purchased with the manufacturer's new-car warranty.

The ACP also ensures that certified programs conduct dispute resolution in a fair and expeditious manner. One of the program's primary goals is to promote the use of alternative dispute resolution, in lieu of court action, to reduce the strain and cost on consumers and the court system.

ACP has certified three programs including Better Business Bureau Auto Line (BBB Auto Line), Consumer Arbitration Program – Motor Vehicles (CAP-Motors), and California Dispute Settlement Program (CDSP) which is administered by the National Center for Dispute Settlement, LLC. CDSP has a contract with Fisker, which would allow consumers to utilize their arbitration program to address existing warranty defects with Fisker vehicles.

As I understand, the bankruptcy court could validate or invalidate the contract with CDSP. **ACP would like to inform the court of its program and respectfully request the court affirm this important consumer protection contract. If the contract is not affirmed, consumers will not have the opportunity to participate in arbitration to address serious warranty defects with their new Fisker vehicles and may then be left without any recourse.**

Delaware Bankruptcy Court
Re: Case: 1:24-bk-11390, Fisker Group, Inc.
July 23, 2024
P a g e | 2

Should the court or trustee have any questions or require additional information, please contact me.

Sincerely,

*Cynthia Antar*

Cynthia Antar
Program Chief
Arbitration Certification Program
(279) 895-1352
Cynthia.Antar@dca.ca.gov

Delaware Bankruptcy Court
Re: Case: 1:24-bk-11390, Fisker Group, Inc.
July 23, 2024
Page | 3

cc:

**United States Bankruptcy Court for the District of Delaware**
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801
Contact Chambers for Courtroom Location:
Courtroom Deputy: Danielle Gadson
Email: danielle_gadson@deb.uscourts.gov

**Office of the United States Trustee Delaware**
Linda Richenderfer
Malcolm M Bates
844 King St Ste 2207
Wilmington, DE 19801
Telephone: (302) 573-6491
Linda.Richenderfer@usdoj.gov
malcolm.m.bates@usdoj.gov

**Fisker Legal Counsel**
Robert J. Dehney, Sr.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
rdehney@morrisnichols.com

**Fisker Owners Association Legal Counsel Stevens & Lee, P.C.**
Joseph H. Huston, Jr.
919 North Market Street, Suite 1300
Wilmington, DE 19801
joseph.huston@stevenslee.com

**California Dispute Settlement Program (CDSP)**
Administered by the National Center for Dispute Settlement, LLC
John F. Holloran
President & CEO
12400 Coit Road, Suite 1230
Dallas, TX 75251
JHolloran@ncdsusa.org



STATE OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
dca

BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
**ARBITRATION CERTIFICATION PROGRAM**
1625 North Market Blvd., Suite N-112
Sacramento, CA 95834
www.dca.ca.gov/acp