# Exhibit 1

## Ordinary Course Professionals List

# Ordinary Course Professionals List

| Ordinary Course Professional | Types of Matters Typically Handled for the Debtors | Work Description |
|---|---|---|
| Axiom Group | Customer warranty claims | Contract litigation counsel providing in-house support for warranty claims, arbitrations and enforcement actions |
| Dennemeyer & Associates | Intellectual property matters | Global patent/trademark renewal service and database provider |
| Dykema Gossett PLLC | Regulatory and compliance matters | Support the Company related to National Highway Traffic Safety Administration matters |
| Fisher Phillips, LLP | Employment and immigration law matters | Ongoing employment legal advice on employee separations and WARN, manage defense of filed employee litigations, provide immigration advice and processing on critical remaining employees. |
| GRAF ISOLA | International restructuring matters | Support the Debtors and their interests regarding international restructuring matters. |
| Kraut Law Group | California state regulatory matters | Advice and counsel regarding title and registration matters |
| Nelson Mullins | Legal services related to litigation, dealer activities, regulatory matters and general matters | Advice, counsel and representation related to litigation, dealer activities, advertisement, regulatory and general matters. |
| Orrick, Herrington & Sutcliffe | Legal services related to regulatory matters | Advice, counsel and representation related to securities regulatory matters |
| Setter Roche Smith & Shellenberger LLP | Intellectual property matters | Patent and trademark prosecution. |