IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FISKER INC., *et al.*,[1] | Case No. 24-11390 (TMH) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: August 28, 2024, at 4:00 p.m. (ET) |

**FIRST MONTHLY STAFFING AND COMPENSATION REPORT OF HURON CONSULTING SERVICES, LLC FOR THE PERIOD FROM THE PETITION DATE THROUGH JUNE 30, 2024**

| | |
|---|---|
| Name of Professional: | HURON CONSULTING SERVICES, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Period for which compensation and reimbursement is sought: | June 17, 2024 through June 30, 2024 |
| Amount of compensation sought as actual, reasonable and necessary: | $527,365.00 |
| Amount of reimbursement sought as actual, reasonable and necessary: | $3,822.37 |

EXHIBIT A: Hourly Time Summary by Professional

EXHIBIT B: Hourly Time and Fee Summary by Matter Code

EXHIBIT C: Time Entry Detail by Matter and Professional

EXHIBIT D: Expense Summary by Category

EXHIBIT E: Expense Details

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623.