**Exhibit A**

**Hourly Time Summary by Professional for the period from June 17, 2024 through June 30, 2024**

| Individual | Title | Hours | Rate/hr | Total |
|---|---|---|---|---|
| John DiDonato | Managing Director | 108.50 | $ 1,400 | $ 151,900.00 |
| James Alt | Managing Director | 28.80 | 1,175 | 33,840.00 |
| Josh Palacios | Managing Director | 51.20 | 1,100 | 56,320.00 |
| Michael Ganann | Managing Director | 3.00 | 1,025 | 3,075.00 |
| Michael Boyer | Senior Director | 1.20 | 975 | 1,170.00 |
| Rob Loh | Senior Director | 29.20 | 975 | 28,470.00 |
| Jay Wu | Director | 75.00 | 750 | 56,250.00 |
| Scott Safron | Director | 101.50 | 850 | 86,275.00 |
| Vaibhav Chauhan | Director | 41.90 | 750 | 31,425.00 |
| Fernando Pena-Alfaro | Director | 1.80 | 750 | 1,350.00 |
| Anshul Garg | Manager | 6.00 | 650 | 3,900.00 |
| Jordan Mueller | Manager | 94.90 | 650 | 61,685.00 |
| Palak Chugh | Senior Associate | 10.90 | 550 | 5,995.00 |
| Vutukuri Phani Kumar | Senior Associate | 4.50 | 550 | 2,475.00 |
| Xiaoyu Yang | Associate | 16.10 | 550 | 8,855.00 |
| **Total** | | **574.50** | | **$532,985.00** |

| | | | Less Travel Time Discount (50%): | $5,620.00 |
|---|---|---|---|---|
| | | | **Total Fees** | **$527,365.00** |