**Exhibit B**

**Hourly Time and Fee Summary by Matter Code for the period from June 17, 2024 through June 30, 2024**

| Matter Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, Counsel | 102.3 | $105,165.00 |
| 2 | Meeting/Teleconference w/ Bank Group, Counsels, or Advisors | 42.2 | 50,907.50 |
| 3 | Meeting/Teleconf w/Statutory Committees Counsels or Advisors | - | - |
| 4 | Court Hearings / Preparation | 35.5 | 41,980.00 |
| 5 | Case Reporting: UST Reports, Statements, & Schedules | 44.2 | 33,310.00 |
| 6 | Retention and Fee Applications | 0.3 | 255.00 |
| 8 | Business Plan & Analysis of Operations | 83.3 | 85,127.50 |
| 9 | Cash Flow Analysis and Reporting | 110.1 | 85,690.00 |
| 10 | DIP Financing, Exit Financing, Cash Collateral, Bank Issues | 20.3 | 23,795.00 |
| 11 | Asset Sale & Disposition Support | 84.9 | 58,945.00 |
| 12 | Tax Issues / Analysis | 1.2 | 1,220.00 |
| 14 | Account Analysis & Reconciliations | 6.2 | 3,410.00 |
| 16 | Unsecured Claim Analysis | 0.6 | 510.00 |
| 17 | Intercompany Claims | - | - |
| 18 | Employee Retention Programs | 9.3 | 10,620.00 |
| 19 | Analysis of Accounting and Disclosure Matters | - | - |
| 20 | Accounts Payable / Vendor Issues | 12.6 | 12,785.00 |
| 23 | Lease Issues | 1.1 | 935.00 |
| 24 | Other | 8.3 | 7,090.00 |
| Travel | Travel Time | 12.1 | 11,240.00 |
| | **Total Hours and Fees by Matter Category** | **574.5** | **$532,985.00** |
| | Less Travel Time Discount (50%): | | $5,620.00 |
| | **Total Fees** | | **$527,365.00** |