**Exhibit D**

**Expense summary by category for the period fom June 17, 2024 through June 30, 2024**

| Expense Description | Fees |
|---|---|
| Airfare | $1,755.89 |
| Ground Transportation | 587.30 |
| Hotel | 1,244.81 |
| Meals - Employees Only | 127.37 |
| Parking & Tolls | 107.00 |
| **Total Expenses** | **$3,822.37** |