**Exhibit E**

**Expense details for the period from June 17, 2024 through June 30, 2024**

| Date | Individual | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/20/2024 | John DiDonato | Airfare | Delta - PIT to LGA | $ 290.47 |
| 6/20/2024 | John DiDonato | Rail & Public Transportation | Amtrak - NYC to WIL | 273.00 |
| 6/20/2024 | John DiDonato | Airfare | AA - PHL to PIT | 370.47 |
| 6/21/2024 | John DiDonato | Taxi/Rideshare | Lyft Ride | 95.99 |
| 6/21/2024 | John DiDonato | Meal - Individual | Meal Expense | 36.45 |
| 6/21/2024 | John DiDonato | Taxi/Rideshare | Taxi Service | 17.68 |
| 6/22/2024 | John DiDonato | Hotel | Hilton Lodging | 559.64 |
| 6/21/2024 | John DiDonato | Parking & Tolls | Parking at PIT Airport | 72.00 |
| 6/19/2024 | Jordan Mueller | Taxi/Rideshare | Taxi LGA - Hotel | 65.16 |
| 6/21/2024 | Jordan Mueller | Airplane Wi-Fi | airplane wifi for client billable work | 15.00 |
| 6/21/2024 | Jordan Mueller | Meal - Individual | Friday breakfast JFK | 17.41 |
| 6/21/2024 | Jordan Mueller | Taxi/Rideshare | Taxi hotel to JFK | 90.94 |
| 6/22/2024 | Jordan Mueller | Hotel | Hotel Jun 19 - 21 | 685.17 |
| 6/19/2024 | Jordan Mueller | Airfare | RT Flight Spokane - New York | 1,079.95 |
| 6/20/2024 | Jordan Mueller | Meal - Individual | Thursday breakfast | 18.44 |
| 6/20/2024 | Jordan Mueller | Taxi/Rideshare | Lyft - Hotel to office Thursday | 20.34 |
| 6/20/2024 | Jordan Mueller | Meal - Individual | Wednesday dinner | 20.53 |
| 6/19/2024 | Jordan Mueller | Meal - Individual | Wednesday lunch | 34.54 |
| 6/21/2024 | Jordan Mueller | Mileage - Auto | Round trip driving from house to home airport | 14.20 |
| 6/21/2024 | Jordan Mueller | Parking & Tolls | Spokane Airport Parking | 35.00 |
| 6/24/2024 | John DiDonato | Taxi/Rideshare | Lyft Ride | 9.99 |
| | | | **Total Expenses** | **3,822.37** |