# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FISKER INC., *et al.*, | Case No. 24-11390 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 408** |

### ORDER AUTHORIZING TOMTOM NORTH AMERICA, INC. TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF ANTONIE VAN BREEMEN IN SUPPORT OF MOTION OF TOMTOM NORTH AMERICA, INC. TO (I) LIFT THE STAY TO PERMIT TERMINATION OF LICENSE AGREEMENT AND WAIVE FED. R. BANKR. P. 4001(a)(3)'S FOURTEEN DAY STAY, OR IN THE ALTERNATIVE, (II) COMPEL THE DEBTOR TO REJECT LICENSE AGREEMENT

Upon consideration of the *Motion for an Order Authorizing TomTom North America, Inc. to File Under Seal Exhibit A to the Declaration of Antonie Van Breemen in Support of Motion of TomTom North America, Inc. to (I) Lift the Stay to Permit Termination of License Agreement and Waive Fed. R. Bankr. P. 4001(A)(3)'s Fourteen Day Stay, or in the Alternative, (II) Compel the Debtor to Reject License Agreement* (the "Motion to Seal")[2] by TomTom pursuant to Section 107 of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1; and the Court finds that it has jurisdiction over this matter; and due and proper notice of the Motion to Seal has been given, and no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

IMPAC - 11695855v.1

the venue of this proceeding and this Motion to Seal is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation, and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion to Seal is **GRANTED** as set forth herein.

2. TomTom is authorized to file under seal those portions of the License Agreement containing the Confidential Information.

3. The Confidential Information shall remain under seal, and shall not be made available to anyone, except that TomTom shall provide unredacted copies of the Van Breemen Declaration to the Court, the Debtors, the U.S. Trustee, the Committee, and other parties in interest only upon further order of the Court.

4. Any party receiving the Confidential Information shall not disclose such information to any other party, person or entity without further order of the Court.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: September 4th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

IMPAC - 11695855v.1