**<u>Schedule 1</u>**

**Schedule of Rejected Contracts and Leases and Abandoned Property**

| | Debtor | Contract Counterparty and Address | Contract Description |
|---|---|---|---|
| 1 | Fisker Group Inc. | ADT Commercial LLC<br>1501 Yamato Road<br>Boca Raton, FL 33431 | Master Services Agreement to provide security, fire and life safety services |
| 2 | Fisker Group Inc. | HYG Financial Services, Inc.<br>5000 Riverside Dr<br>Suite 300 E<br>Irving, CA 92603 | Equipment lease<br>Hyster Forklift Model E50XN<br>Serial # A268N38053X |

**Schedule 1**

**Schedule of Rejected Contracts and Leases and Abandoned Property (Continued)**

| | Debtor | Real Property Lease Address | Landlord Counterparty and Address | Lease Description | Lease Rejection Date | Abandoned Property |
|---|---|---|---|---|---|---|
| 1 | Fisker Inc. | 3030 17th Street San Francisco, CA 94110<br><br>(also known as 398 Treat Ave San Francisco, CA 94110) | Manoutcher Movassate and Jaleh Movassate, Trustees of the Movassate Family Trust 3030 17th Street San Francisco, CA 94110 | Lease commencement date May 11, 2022. | 9/26/2024 | None. |
| 2 | Fisker Group Inc. | 14 Centerpointe Drive, La Palma, California 90623 | Shamrock La Palma Properties II LLC 7352 Autopark Dr La Palma, CA 92648<br><br>Shamrock La Palma Properties II LLC 7352 Autopark Drive Huntington Beach, CA 92648 | Lease commencement date May 11, 2022. | 9/27/2024 | Miscellaneous personal property (office equipment, shelving, tables, chairs). |

**Schedule 1**

**Schedule of Rejected Contracts and Leases and Abandoned Property (Continued)**

| | Debtor | Real Property Lease Address | Landlord Counterparty and Address | Lease Description | Lease Rejection Date | Abandoned Property |
|---|---|---|---|---|---|---|
| 3 | Fisker Group Inc. | 1715 Hacienda Dr, Vista, CA 92081 | VistalCal Luxury Imports, Inc. dba BMW of Vista 1715 Hacienda Drive Vista, CA 92081<br><br>VistalCal Luxury Imports, Inc. 200 SW 1st Avenue 14th Floor Fort Lauderdale, FL 33301 | Lease commencement date November 3, 2023 | 9/27/2024 | None. |