**EXHIBIT "1"**

## DECLARATION OF TONY LENZINI

I, Tony Lenzini, hereby declare and state as follows:

1.      I am over the age of eighteen years.

2.      The facts stated herein are within my personal knowledge, and if called upon to testify to the same I could and would testify thereto.

3.      I have worked with Shamrock (La Palma) Properties II, LLC ("Shamrock") for approximately thirty (30) years as an owner's representative and have worked with Shamrock at their property located at 14 Centerpointe, La Palma, CA facility ("La Palma") for at least the past fifteen (15) years.

4.      I am familiar with the inside and outside of La Palma, the property that the debtor, Fisker, occupied.

5.      On September 13, 2024 I contacted a person named Nick Dove ("Nick") from Heritage Global Partners ("HGP"). Around the same time that I contacted Nick, I learned from him that that Jordan Mueller ("Jordan") with Huron Business Advisory ("HBA") had already given HGP access to La Palma.

6.      On September 16, 2024 Nick offered to sell Shamrock the furniture located at La Palma. I told Nick that Shamrock was not interested. When I asked if all of the personal property located at La Palma was going to be removed before turning over possession, I learned that HGP was not obligated to clean the building and could leave behind anything they didn't want.

7.      On September 24, I reached out to Jordan from HBA and then met him at La Palma at around 3:00 p.m. that same day. I walked through La Palma with Jordan and another gentleman named Fernando from Fisker. During the walkthrough, I asked how they planned to clear everything out by Friday September 27. Jordan assured me that Nick from HGP would have everything removed by end of day Friday and that the building would be cleaned as thoroughly has possible.

8.      Over the next two days (September 25-26, 2024), I visited the building several times with Fernando, Ed, and Sylvester ("Fisker Employees"), who are all Fisker employees to my knowledge. I



-1-

1  learned that Fisker Employees were trying to coordinate the final pickups with HGP. Despite the Fisker

2  Employees' best efforts, I further learned that HGP was not planning on removing all property nor

3  cleaning up the property. As far as I know, there was no tracking of who was taking what out of the

4  building. I just noticed people pulling items out of the office and warehouse and loading up trucks and

5  cars. I did not see any checkout procedure and people were causing a mess.

6      9.      At different times on September 25th and 26th Jordan from HBA and Fernando with

7  Fisker separately assured me the building would be handed back to Shamrock on September 27, 2024.

8      10.     When I arrived at 11:30 a.m. on September 27, 2024, I found the building still full of

9  items. I walked through the space with Fernando from Fisker, expressing my frustration that Nick,

10  Jordan, and their teams had let us down, leaving us with a significant cleanup. Fernando from Fisker

11  apologized, but, confirmed that the building would still be handed over that day.

12      11.     While at La Palma on September 27, 2024, I witnessed people hurriedly removing

13  property from the building and loading vehicles with various items. I have no idea who these people

14  were - whether they were Fisker employees, HGP, Huron staff, or friends of either. People were

15  throwing debris everywhere, taking tools, computers, automotive parts, and more, and then returning for

16  another load.

17      12.     La Palma has been left in complete disarray. Shamrock now faces tens of thousands of

18  dollars in cleanup costs, damage repairs, and what appears to me to be hazardous waste removal. I

19  observed two 50-55 gallon drums where I believe one references oil and the other coolant. There

20  appears to be oil in another funnel/stand device and various other bottles of chemicals on two tables (one

21  of which is in the photos attached to my declaration.) There are also approximately 20 automotive

22  sized batteries that have been left on site. My concern is that I do not know what chemicals have been

23  left at La Palma. And, my estimate as to costs are based upon my decades of experience as a property

24  owner representative.

25      13.     I officially received the keys to La Palma between 4:00 and 5:00 p.m. on September 27,

26  2024. I told Ed and Fernando, known to me as Fisker employees, that I would assist with the pickup of

27  vehicles or anything else they needed to be removed from La Palma over that weekend.

28



-2-

14.     I stayed late on September 27, 2024, was present on Saturday September 28th, and made myself available on Sunday for anyone who needed to retrieve items, even though the building was officially turned over to Shamrock that prior Friday. However, only Ed showed on Saturday the 28th, but, the vehicle transporter did not show up.  No one else, other than Ed, showed up over the weekend.

15.     Attached as Exhibit "A" are true and correct copies of photos of La Palma as it looked at and around the time that possession of the property was turned over to me on September 27, 2024.  The building has been locked and left in the condition as it was as of the end of the day on September 27, 2024 and I am treating La Palma as if it were a crime scene with no property leaving until I receive further direction.

16.     It appears that someone is sharing my cell phone number with people I have never met. Since September 27, 2024, I have been contacted by various people asking for access to La Palma.  I've received multiple calls from individuals claiming they still have items in the building.  For example, I have been contacted by multiple people claiming to be Fisker dealers requesting access to pick up spare parts and other items in the building.  I have also been contacted by people claiming to be ex-employees requesting access to take spare parts out of the building.  I even was contacted by someone who identified themself as a Fisker employee asking if Henrik Fisker could retrieve items from the building.

17.     I believe any further access to La Palma needs to be supervised carefully.

18.     I believe there is more than just "office equipment, shelving, tables, chairs" that has been left at La Palma.  I believe the photos attached to my declaration support this belief.

19.     Most importantly, Shamrock and I need to know that the remaining property at La Palma has been abandoned to Shamrock and can be disposed of as Shamrock sees fit.  Thereafter, Shamrock can immediately begin clean-up, repairs and other work to get La Palma ready for a new tenant.

20.     There is more to my experience with the turnover of La Palma to Shamrock that I have not shared in this declaration as it does not appear to be relevant at this time.

\ \ \

\ \ \

\ \ \



I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States of America.

Executed on this __3__ day of October 2024, in _SANTA MARIA_____, California.

Tony Lenzini

-4-

EXHIBIT "A"



























