## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FISKER INC., *et. al.,* | Case No. 24-11390 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

     I, Christopher D. Loizides, hereby certify that on October 4, 2024 I did cause to be served true and correct copies of the foregoing *Objection and Reservation of Rights of Shamrock (La Palma) Properties II, LLC in Response to the Fourth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and the Abandonment of Property)* on the parties identified on the attached service list as indicated thereon.

Dated: October 4, 2024
Wilmington, Delaware

                    Respectfully submitted,

                    By: /s/ Christopher D. Loizides
                        Christopher D. Loizides, Esq. (No. 3968)
                        LOIZIDES, P.A.
                        Legal Arts Building
                        1225 King Street, Suite 800
                        Wilmington, Delaware 19801
                        Telephone:   (302) 654-0248
                        Facsimile:   (302) 654-0728
                        Email:       loizides@loizides.com

---

[1] The debtors and debtors in possession ("Debtors") in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623.

**VIA EMAIL**

Linda Richenderfer, Esq.
Office of the United States Trustee
44 N. King Street, Wilmington, DE 19801
Email: Linda.Richenderfer@usdoj.gov
*Counsel to the United States Trustee*

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Attn:
Brian M. Resnick (email: brian.resnick@davispolk.com)
Darren S. Klein (email: darren.klein@davispolk.com)
Richard J. Steinberg (email: richard.steinberg@davispolk.com)
*Counsel to the Debtors*

Morris, Nichols, Arsht & Tunnell LLP
Attn:
Robert J. Dehney, Sr. (email: rdehney@mnat.com)
Andrew R. Remming (email: aremming@mnat.com)
Brenna A. Dolphin (email: bdolphin@mnat.com)
Sophie Rogers Churchill (email: srchurchill@morrisnichols.com)
Echo Yi Qian (email: eqian@morrisnichols.com )
*Counsel to the Debtors*

Morrison & Foerster LLP
250 West 55th Street, New York, NY, 10019
Attn:
Lorenzo Marinuzzi (lmarinuzzi@mofo.com),
Douglas Mannal (dmannal@mofo.com),
Benjamin Butterfield (bbutterfield@mofo.com), and
Miranda K. Russell (mrussell@mofo.com), and
*Counsel to the Official Committee of Unsecured Creditors*

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410, Wilmington, DE 19801
Attn:
Justin R. Alberto (email: jalberto@coleschotz.com).
*Counsel to the Official Committee of Unsecured Creditors*