# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FISKER INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11390 (TMH)<br><br>(Jointly Administered)<br><br>Re: Docket No. 541, 588 |

### NOTICE OF FILING OF SECOND AMENDED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION OF <u>FISKER INC. AND ITS DEBTOR AFFILIATES</u>

**PLEASE TAKE NOTICE** that on September 10, 2024, Fisker Inc. and certain of its affiliates (collectively, the "**Debtors**") filed the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Fisker Inc. and Its Debtor Affiliates* [D.I. 541] (the "**Combined DS and Plan**").

**PLEASE TAKE NOTICE** that on September 24, 2024, the Debtors filed the *Notice of Filing of First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Fisker Inc. and its Debtor Affiliates* [D.I. 588] (the "**Notice of First Amended Combined DS and Plan**"). Attached to the Notice of First Amended Combined DS and Plan as Exhibit A was the first amended combined plan and disclosure statement (the "**First Amended Combined DS and Plan**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>**Exhibit A**</u> is the second amended combined plan and disclosure statement (the "**Second Amended Combined DS and Plan**").

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and all parties in interest, a redline comparing the Second Amended Combined DS and Plan to the First Amended Combined DS and Plan is attached hereto as <u>**Exhibit B**</u>.

**PLEASE TAKE FURTHER NOTICE** that copies of the Combined DS and Plan, First Amended Combined DS and Plan Second Amended Combined DS and Plan, and all other documents publicly filed in the Chapter 11 Cases can be obtained free of charge by visiting the Debtors' Case Information Website (https://www.veritaglobal.net/fisker), or by accessing the link at the following QR code:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Dr, La Palma, CA 90623.



| | |
|---|---|
| Dated: October 8, 2024<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br> /s/ Echo Yi Qian    <br>Robert J. Dehney, Sr. (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Brenna A. Dolphin (No. 5604)<br>Sophie Rogers Churchill (No. 6905)<br>Echo Yi Qian (No. 7330)<br>1201 N. Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Tel.: (302) 658-9200<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>bdolphin@morrisnichols.com<br>srchurchill@morrisnichols.com<br>eqian@morrisnichols.com<br><br>-and-<br><br>DAVIS POLK & WARDWELL LLP<br><br>Brian M. Resnick (admitted *pro hac vice*)<br>Darren S. Klein (admitted *pro hac vice*)<br>James I. McClammy (admitted pro hac vice)<br>Richard J. Steinberg (admitted *pro hac vice*)<br>Amber Leary (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel.: (212) 450-4000<br>brian.resnick@davispolk.com<br>darren.klein@davispolk.com<br>james.mcclammy@davispolk.com<br>richard.steinberg@davispolk.com<br>amber.leary@davispolk.com<br><br>*Counsel to the Debtors and Debtors in Possession* |