**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FISKER INC., *et al.*,[1] | Case No. 24-11390 (TMH) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING STIPULATION REGARDING ALLOWANCE
OF SECURED CLAIM OF MCDERMOTT WILL & EMERY**

The undersigned counsel to Matthew Dundon, solely in his capacity as the Liquidating Trustee (the "Liquidating Trustee") of the Fisker Liquidating Trust (the "Liquidating Trust"), hereby certifies as follows with respect to the proposed order, attached hereto as **Exhibit A** (the "Proposed Order"), approving the stipulation attached to the Proposed Order as Exhibit 1 (the "Stipulation").

1. McDermott Will & Emery Rechtsanwälte Steuerberater LLP ("McDermott") performed certain work on behalf of the Debtors prior to June 17, 2024 (the "Petition Date") resulting in the McDermott Claim (defined below) and McDermott's retention of certain Swiss share certificates (the "Share Certificates").

2. On September 10, 2024, McDermott filed a Proof of Claim against Fisker Inc. asserting a general unsecured claim in the amount of $116,353.55 (Claim No. 3037) (the "McDermott Claim").

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623.

3.      McDermott and the Liquidating Trustee have entered into the Stipulation to resolve disputes related to the Share Certificates and the allowance and amount of the McDermott Claim.

WHEREFORE, the Liquidating Trustee respectfully requests that the Court enter the Proposed Order approving the Stipulation at its earliest convenience.

Dated: December 10, 2024
Wilmington, Delaware

**COLE SCHOTZ P.C.**

/s/ *Justin R. Alberto*
Justin R. Alberto (No. 5126)
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email:   jalberto@coleschotz.com
         mhartlipp@coleschotz.com

-and-

**ASK LLP**
Brigette G. McGrath (admitted *pro hac vice*)
Jason C. DiBattista (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email:   jdibattista@askllp.com
         bmcgrath@askllp.com

and-

Marianna Udem (admitted *pro hac vice*)
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email:   mudem@askllp.com

*Co-Counsel to the Liquidating Trustee*