# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FISKER INC., *et al.*, | ) Case No. 24-11390 (TMH) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 3, 2025, AT 11:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN

**This proceeding will be conducted <u>in person</u>.**

**Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on remote participation, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**MATTER GOING FORWARD**

1. Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain Late-Filed Claims (Filed August 1, 2025) [Docket No. 1097]

   Related Documents:

   a. Declaration of Darlene Calderon in Support of Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain Late-Filed Claims (Filed August 12, 2025) [Docket No. 1107]

   b. Notice of Submission of Proofs of Claim for the Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain Late-Filed Claims (Filed August 20, 2025) [Docket No. 1117]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623.

c. Certification of Counsel Regarding Order Granting Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain Late-Filed Claims (Filed August 27, 2025) [Docket No. 1124]

Objection Deadline:  August 22, 2025 at 4:00 p.m. (ET)

Objections Received:

a. Response of Creditor Jorge A. Rouge to Liquidating Trustee's Eleventh Omnibus Objection to Certain Late-Filed Claims (Filed August 14, 2025) [Docket No. 1109]

b. Response to Liquidating Trustee's Objection to Claim No. 4077 filed by Saman Ghaffari Garkani (Filed August 15, 2025) [Docket No. 1111]

c. Response to Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) to Certain Late Filed Claims filed by Eric Dennis McGregor (Filed August 18, 2025) [Docket No. 1114]

d. Response to Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) to Certain Late-Filed Claims filed by Ira Rubien (Filed August 18, 2025) [Docket No. 1115]

e. Response to Objection to Claim filed by Gestamp Auto Components Sales (Tianjin) Co., Ltd. (Filed August 18, 2025) [Docket No. 1116]

f. Response of FMC Services DMCC to Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) to Certain Late-Filed Claims (Filed August 20, 2025) [Docket No. 1118]

g. Response to Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain Late-Filed Claims filed by Shanghai Xundao New Energy Technology Co., Ltd. (Filed August 21, 2025) [Docket No. 1119]

h. Response to Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Local Rule 3007-1 to Certain Late-Filed Claims. (related document(s)[1097]) Filed by Jorge A. Rouge (Filed August 21, 2025) [Docket No. 1120]

i. Response to Objection to Claim filed by Patrick Crowley Ph.D. (Filed August 22, 2025) [Docket No. 1121]

j. Response to Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) to Certain Late-Filed Claims filed by Divya Patel (Filed August 26, 2025) [Docket No. 1123]

Status: The Liquidating Trustee has revised the proposed form of order, which removes the proofs of claim filed by Jorge A. Rouge, Saman Ghaffari Garkani, Eric Dennis McGregor, Ira Rubien, Gestamp Auto Components Sales (Tianjin) Co., Ltd., FMC Services DMCC, Shanghai Xundao New Energy Technology Co., Ltd., Patrick Crowley Ph.D. and Divya Patel. Accordingly, the objections listed at (a)–(j) are not going forward. A certification of counsel and revised proposed order has been filed regarding this matter. No hearing is necessary unless the Court directs otherwise.

Dated: August 29, 2025
Wilmington, Delaware

**COLE SCHOTZ P.C.**

/s/ *Melissa M. Hartlipp*

Justin R. Alberto (No. 5126)
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:   jalberto@coleschotz.com
   mhartlipp@coleschotz.com

-and-

**ASK LLP**
Jason C. DiBattista (admitted *pro hac vice*)
Brigette G. McGrath (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone:   (651) 406-9665
Facsimile:   (651) 406-9676
Email:   jdibattista@askllp.com
   bmcgrath@askllp.com
and-

Marianna Udem (admitted *pro hac vice*)
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone:   (212) 267-7342
Facsimile:   (212) 918-3427
Email:   mudem@askllp.com

*Counsel to the Liquidating Trustee*